

UNITED STATES BANKRUPTCY COURT
_______ DISTRICT OF NEW YORK

In re RAYMOND VIOLA
Debtor

Case No. 8-09-72305
Reporting Period: 10-1-10/10-31-10
Social Security # ____________

Filed by 5/20

# MONTHLY OPERATING REPORT
# (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Post-petition Taxes | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | | | |
| Listing of aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature]
Signature of Debtor

Date 11/30/10

______________________
Signature of Joint Debtor

Date ______________

In re: Raymond Viola
Debtor

Case No. 8-09-72305

Reporting Period: 10-1-10 / 10-31-10

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 3,158 | |
| RECEIPTS | 10,500 | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | | |
| DISBURSEMENTS | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) BANCO POPULAR | 2,000 | |
| Rental Payment(s) | | |
| Other Secured Note Payments BANK AMER. / HSBC | 700 | |
| Utilities IPHONE | 514 | |
| Insurance | 643 | |
| Auto Expense | 200 | |
| Lease Payments | 483 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 25 | |
| Household Expenses | 2942 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 115 | |
| Gifts | 215 | |
| Other (attach schedule) | 1162 | |
| Total Ordinary Disbursements | 8999 | |
| REORGANIZATION ITEMS: | | |
| Professional Fees | 1000 | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 1000 | |
| Total Disbursements (Ordinary + Reorganization) | 9999 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 3659 | |
| Cash - End of Month (Must equal reconciled bank statement) | 3659 | |

In re: Raymond Viola
Debtor

Case No: 8-09-72305

Reporting Period: 10-1-10 / 10-31-10

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| Credit Cards | 400 | |
| TUITION | 762 | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

September 11 2010 through October 12, 2010
Account Number 000000984148314

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

00006225 DRE 802 219 28610 - NNNNN 1 000000000 07 0000
NADIA VIOLA
88 IDAHO ST
LINDENHURST NY 11757-5212

## CHECKING SUMMARY

Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$149.48** |
| Deposits and Additions | 5,514.98 |
| Checks Paid | - 1,174.22 |
| ATM & Debit Card Withdrawals | - 1,930.11 |
| Electronic Withdrawals | - 1,109.19 |
| **Ending Balance** | **$1,450.94** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1369 ^ | 09/13 | $90.00 |
| 1370 ^ | 09/15 | 40.00 |
| 1371 ^ | 09/20 | 90.00 |
| 1372 | 09/21 | 268.73 |
| 1373 ^ | 09/22 | 40.00 |
| 1374 ^ | 10/04 | 90.00 |
| 1376 * ^ | 09/29 | 40.00 |
| 1377 ^ | 10/0[illegible] | 90.00 |
| 1378 ^ | 10/0[illegible] | 40.00 |
| 1379 ^ | 10/0[illegible] | 90.00 |
| 1380 ^ | 10/0[illegible] | 40.00 |
| 1381 ^ | 10/0[illegible] | 165.49 |
| 1382 ^ | 10/1[illegible] | 90.00 |

**Total Checks Paid** **$1,174.22**

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

CHASE

September 1*, 2010 through October 12, 2010
Account Number: 000000984148314

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:** **Step 1 Balance:** $________
2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total:** $________

3. **Add Step 2 Total to Step 1 Balance.** **Step 3 Total:** $________
4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total:** -$________

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $________

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

CHASE

September 11, 2010 through October 12, 2010
Account Number: 000000984148314



## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $149.48 |
| 09/13 | Deposit | 1,015.00 | 1,164.48 |
| 09/13 | Check # 1369 | - 90.00 | 1,074.48 |
| 09/15 | 09/15 Transfer To Sav Xxxxx8998 | - 25.00 | 1,049.48 |
| 09/15 | Check # 1370 | - 40.00 | 1,009.48 |
| 09/16 | Macy's Online Pmt Ckf834537320POS Web ID: 9500000000 | - 150.00 | 859.48 |
| 09/17 | Deposit 743021049 | 1,000.00 | 1,859.48 |
| 09/20 | Check # 1371 | - 90.00 | 1,769.48 |
| 09/20 | Card Purchase W/Cash 09/19 Stop & Shop #564 W Babylon NY Card 9161 Purchase $177.69 Cash Back $100.00 | - 277.69 | 1,491.79 |
| 09/21 | Deposit 740053941 | 999.99 | 2,491.78 |
| 09/21 | Check # 1372 Cablevision Lbarccheck Arc ID: 1027072669 | - 268.73 | 2,223.05 |
| 09/22 | Check # 1373 | - 40.00 | 2,183.05 |
| 09/23 | Bloomingdales Online Pmt 92244 Web ID: 1460358360 | - 300.00 | 1,883.05 |
| 09/27 | Online Transfer From Sav Xxxxxx8998 Transaction#: 752872292 | 500.00 | 2,383.05 |
| 09/27 | Card Purchase 09/24 Barrique Kitchen And W Babylon NY Card 9161 | - 68.75 | 2,314.30 |
| 09/27 | Card Purchase With Pin 09/25 Stop & Shop #564 W Babylon NY Card 9161 | - 114.15 | 2,200.15 |
| 09/27 | Card Purchase 09/26 Sakura Japanese Restaur Babylon NY Card 9161 | - 57.20 | 2,142.95 |
| 09/27 | Target Nat'l Bk Bill Pay 000000094524506 Web ID: T510215170 | - 149.30 | 1,993.65 |
| 09/28 | Deposit 740053566 | 500.00 | 2,493.65 |
| 09/28 | Card Purchase W/Cash 09/28 Pathmark #644 West Babylon NY Card 9161 Purchase $24.11 Cash Back $40.00 | - 64.11 | 2,429.54 |
| 09/28 | Capital One Online Pmt 027039910372527 Web ID: 9279744991 | - 300.00 | 2,129.54 |
| 09/29 | Card Purchase 09/27 Suny Farmingdale Farmingdale NY Card 9161 | - 761.63 | 1,367.91 |
| 09/29 | Check # 1376 | - 40.00 | 1,327.91 |
| 10/04 | Deposit 535959261 | 499.99 | 1,827.90 |
| 10/04 | Check # 1377 | - 90.00 | 1,737.90 |
| 10/04 | Check # 1374 | - 90.00 | 1,647.90 |
| 10/04 | Card Purchase W/Cash 10/02 Stop & Shop #564 W Babylon NY Card 9161 Purchase $58.13 Cash Back $200.00 | - 258.13 | 1,389.77 |
| 10/05 | AT&T Care Payment 512023906709Mny Web ID: 2850411740 | - 184.89 | 1,204.88 |
| 10/06 | Card Purchase 10/04 Americcas Gas Lindenhurst NY Card 9161 | - 42.40 | 1,162.48 |
| 10/06 | Check # 1381 | - 165.49 | 996.99 |
| 10/07 | Check # 1380 | - 40.00 | 956.99 |
| 10/07 | Check # 1379 | - 90.00 | 866.99 |
| 10/07 | Check # 1378 | - 40.00 | 826.99 |
| 10/12 | Deposit 786474727 | 500.00 | 1,326.99 |
| 10/12 | Online Transfer From Sav Xxxxxx8998 Transaction#: 882073688 | 500.00 | 1,826.99 |
| 10/12 | Card Purchase 10/07 Obao Noodle E Bar New York NY Card 9161 | - 79.41 | 1,747.58 |
| 10/12 | Check # 1382 | - 90.00 | 1,657.58 |
| 10/12 | Card Purchase 10/10 Tony's Meat Palace Lindenhurst NY Card 9161 | - 22.65 | 1,634.93 |

CHASE

September 11, 2010 through October 12, 2010
Account Number: 000000984148314

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/12 | ATM Withdrawal 10/11 265 S.Wellwood Avenu Lindenhurst NY Card 9161 | - 100.00 | 1,534.93 |
| 10/12 | Card Purchase With Pin 10/12 Stop & Shop #564 W Babylon NY Card 9161 | - 45.97 | 1,488.96 |
| 10/12 | Card Purchase With Pin 10/12 Petco Animal Supplie West Babylo NY Card 9161 | - 38.02 | 1,450.94 |
| | **Ending Balance** | | **$1,450.94** |



September 11, 2010 through October 12, 2010
Account Number: 000000984148314

## Chase Picks up the Tab[SM] is back. Your next purchase could be on us.

Enroll your Chase debit and credit cards today and start using them for your everyday purchases. There's a winner every five minutes so your next card purchase could be on us! Here's how to get started:

- Enroll your qualifying Chase Debit and Credit cards today for FREE at any Chase branch.
- Use your enrolled cards to pay for almost anything and everything from gas and groceries, to office supplies and gifts Ó you name it!
- Your next purchase just might be on us! When using a debit card, make sure every purchase counts by choosing "CREDIT" instead of "DEBIT" and don't enter your PIN.

ENROLL YOUR CHASE DEBIT AND CREDIT CARDS FOR FREE AT ANY CHASE BRANCH.

Debit cards are provided by JPMorgan Chase Bank, N.A. Member FDIC
Credit cards are issued by Chase Bank USA, N.A.
© 2010 JPMorgan Chase & Co.

### "CHASE PICKS UP THE TAB[SM]" SWEEPSTAKES

**NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE OR BANK TRANSACTION WILL NOT INCREASE YOUR CHANCES OF WINNING. SWEEPSTAKES SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. OPEN TO INDIVIDUAL LEGAL U.S. RESIDENTS CURRENTLY RESIDING in AZ, CO, CA, CT, FL, GA, ID, IL, IN, KY, LA, MI, NJ, NY, NV, OH, OK, OR, TX, UT, WA, WI and WV (the "Eligible States") WHO ARE 18 YEARS OF AGE OR OLDER and BUSINESSES WITH A MAILING ADDRESS LOCATED WITHIN THE ELIGIBLE STATES. VOID WHERE PROHIBITED. Enrollment starts 12:00:01 a.m. ET on 10/1/10 and ends 11:59:59 p.m. ET on 12/31/10. Drawings begin 12:00:01 a.m. ET on 10/6/10 and end 11:59:59 p.m. ET on 12/31/10** For information on how to enroll, obtain entries, entry limitations, how potential winners are determined and no purchase method of entry, as well as the rest of the Official Rules, please log on to www.chase.com/TheTab. Maximum amount of each prize is: $200. Maximum ARV for all prizes combined is: $3,456,000. Odds of winning any one prize depend on the number of eligible entries for any single five-minute period. **SPONSOR:** JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.

Debit cards linked to Chase High School Checking, Chase credit cards issued on behalf of other financial institutions, and Chase private label credit cards are not eligible. Only credit card and non-PIN debit card purchases qualify. Chase credit card participants must have a Chase checking account. Other restrictions apply.



NOV-30-2010 TUE 10:35 AM American Pallet Recyclin FAX NO. 6316676698 P. 09

September 11, 2010 through October 12, 2010
Account Number: 000000984148314

This Page Intentionally Left Blank

Page 6 of 6

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 13, 2010 through November 09, 2010
Account Number: 000000984148314

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00006985 DRE 802 219 31410 - NNNNN 1 000000000 07 0000
NADIA VIOLA
88 IDAHO ST
LINDENHURST NY 11757-5212

## CHECKING SUMMARY

Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,450.94** |
| Deposits and Additions | 3,450.58 |
| Checks Paid | - 1,774.02 |
| ATM & Debit Card Withdrawals | - 1,011.96 |
| Electronic Withdrawals | - 822.64 |
| Fees and Other Withdrawals | - 510.00 |
| **Ending Balance** | **$782.90** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1375 ^ | 10/18 | $150.00 | 1390 ^ | 10/25 | 272.31 |
| 1383 * ^ | 10/14 | 177.60 | 1391 ^ | 10/25 | 37.98 |
| 1384 ^ | 10/13 | 40.00 | 1392 ^ | 10/26 | 148.55 |
| 1385 ^ | 10/18 | 90.00 | 1393 ^ | 10/28 | 40.00 |
| 1386 | 10/18 | 171.00 | 1394 ^ | 11/04 | 75.10 |
| 1387 ^ | 10/18 | 336.00 | 1396 * ^ | 11/01 | 100.00 |
| 1388 | 10/18 | 40.48 | 1397 ^ | 11/08 | 15.00 |
| 1389 ^ | 10/20 | 40.00 | 1398 ^ | 11/03 | 40.00 |
| | | | **Total Checks Paid** | | **$1,774.02** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

CHASE

October 13, 2010 through November 09, 2010
Account Number: **000000984148314**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:** **Step 1 Balance: $________**
2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $________**

3. **Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $________**
4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$________**

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

CHASE

October 13, 2010 through November 09, 2010
Account Number: 000000984148314

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,450.94** |
| 10/13 | ATM Withdrawal 10/13 2631 Merrick Road Bellmore , NY Card 9161 | - 100.00 | 1,350.94 |
| 10/13 | Card Purchase With Pin 10/13 Maximus Spa Salon Merrick NY Card 9161 | - 215.00 | 1,135.94 |
| 10/13 | Check # 1384 | - 40.00 | 1,095.94 |
| 10/14 | Deposit 785804356 | **499.99** | 1,595.93 |
| 10/14 | Card Purchase W/Cash 10/14 Stop & Shop #564 W Babylon NY Card 9161 Purchase $38.29 Cash Back $40.00 | - 78.29 | 1,517.64 |
| 10/14 | Check # 1383 | - 177.60 | 1,340.04 |
| 10/15 | Deposited Item Returned 000105517 # of Items00001 | - 500.00 | 840.04 |
| 10/15 | Card Purchase 10/14 Gemelli's Restaurant Babylon NY Card 9161 | - 34.78 | 805.26 |
| 10/15 | 10/15 Transfer To Sav Xxxxx8998 | - 25.00 | 780.26 |
| 10/15 | Deposit Item Returned Fee: 01 000105517 # of Items00001 | - 10.00 | 770.26 |
| 10/18 | Online Transfer From Sav Xxxxxx8998 Transaction#: 920731260 | **500.00** | 1,270.26 |
| 10/18 | Card Purchase 10/15 Vittorio's Restaurant Amityville NY Card 9161 | - 110.89 | 1,159.37 |
| 10/18 | Check # 1385 | - 90.00 | 1,069.37 |
| 10/18 | Card Purchase 10/16 Three of Cups New York NY Card 9161 | - 72.06 | 997.31 |
| 10/18 | Check # 1387 | - 336.00 | 661.31 |
| 10/18 | Macy's Online Pmt Ckf834537320POS Web ID: 9500000000 | - 200.00 | 461.31 |
| 10/18 | Check # 1386 National Grid Li Check Pmt Arc ID: 1113434848 | - 171.00 | 290.31 |
| 10/18 | Check # 1375 | - 150.00 | 140.31 |
| 10/18 | Check # 1388 Target Bank Checkpaymt Arc ID: 9411721813 | - 40.48 | 99.83 |
| 10/19 | Online Transfer From Sav Xxxxxx8998 Transaction#: 927151792 | **150.00** | 249.83 |
| 10/20 | Deposit 791575964 | **400.00** | 649.83 |
| 10/20 | Check # 1389 | - 40.00 | 609.83 |
| 10/21 | Deposit 791675980 | **500.59** | 1,110.42 |
| 10/22 | Card Purchase With Pin 10/22 Iga Copiague NY Card 9161 | - 59.20 | 1,051.22 |
| 10/25 | 10/23 Online Payment 941427193 To Bloomingdales | - 200.00 | 851.22 |
| 10/25 | Card Purchase 10/23 Flag Beverage Lindenhurst NY Card 9161 | - 43.69 | 807.53 |
| 10/25 | Card Purchase W/Cash 10/25 Stop & Shop #564 W Babylon NY Card 9161 Purchase $40.58 Cash Back $50.00 | - 90.58 | 716.95 |
| 10/26 | Deposit | **500.00** | 1,216.95 |
| 10/26 | Check # 1390 | - 272.31 | 944.64 |
| 10/26 | Check # 1392 | - 148.55 | 796.09 |
| 10/26 | Check # 1391 | - 37.98 | 758.11 |
| 10/28 | Check # 1393 | - 40.00 | 718.11 |
| 10/28 | Card Purchase With Pin 10/28 Lirr Tvm Jamaica NY Card 9161 | - 18.00 | 700.11 |
| 10/29 | Card Purchase With Pin 10/29 The Medicine Center Lindenhurst NY Card 9161 | - 25.00 | 675.11 |
| 11/01 | Card Purchase 10/28 Manhattan Bistro 800-4774510 NY Card 9161 | - 90.96 | 584.15 |
| 11/01 | Card Purchase With Pin 10/31 Stop & Shop #564 W Babylon NY Card 9161 | - 73.51 | 510.64 |
| 11/01 | Capital One Online Pmt 030239910305212 Web ID: 9279744991 | - 200.00 | 310.64 |
| 11/01 | Check # 1396 | - 100.00 | 210.64 |
| 11/03 | Online Transfer From Sav Xxxxxx8998 Transaction#: 1025292426 | **500.00** | 710.64 |
| 11/03 | AT&T Care Payment 512023906709Mny Web ID: 2850411740 | - 197.64 | 513.00 |



CHASE

October 13, 2010 through November 09, 2010
Account Number: 000000984148314

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/03 | Check | # 1398 | - 40.00 | 473.00 |
| 11/04 | Check | # 1394 | - 75.10 | 397.90 |
| 11/08 | Check | # 1397 | - 15.00 | 382.90 |
| 11/09 | Deposit | | **400.00** | 782.90 |
| | **Ending Balance** | | | **$782.90** |