UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x     Chapter 11
In re:                                                           Case No. 8-10-72305-ast
Raymond Viola                                                    Summary Of Acceptances to Plan
                                        Debtor.
-----------------------------------------------------------x

      1..     The following is the voting summary by creditor class:

| | Accepting | | | | Rejecting | | | |
|---|---|---|---|---|---|---|---|---|
| | Number | % | Amount | % | Number | % | Amount | % |
| Class I | 1 | 100 | $162,573.23 | 100 | 0 | | | |
| Class V | 1 | 25 | 75,548.01 | 14.23 | 3 * | 75 | 436,303.76 | 85.27 |

*Two (2) of the ballots were cast by Triad Capital and BCF which creditors the Debtor believes

are insiders and should not be counted. However, even in the event the ballots are disallowed,

the Debtor did not receive the required percentage in number of ballots cast.

      2.     At present and unless required, no witness will give testimony.


Dated:  Smithtown, New York                     ZINKER & HERZBERG, LLP
      December 13, 2010                        Attorneys for Debtor
                                      By: _/s/_____
                                      Edward Zinker(ez-7147)
                                      Member of the Firm
                                      278 East Main Street, POB 866
                                      Smithtown, NY 11787-0866
                                      (631) 265-2133